IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

GENE READER LLC

                   Plaintiff

v.

AFFYMETRIX, INC.

                   Defendant.

Civil Action No. 2:15-cv-01407 (JRG-RSP)

JURY TRIAL DEMANDED

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as lead counsel for Plaintiff Gene Reader, LLC in the above-entitled action.  Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to these actions should be directed to and served upon:

Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

I certify that I am admitted to practice in this Court.

Dated:  August 12, 2015

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Richard C. Weinblatt DE SB #5080
     weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone:  (302) 999-1540
Facsimile:  (302) 762-1688

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2015, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.


/s/ *Richard C. Weinblatt*
Richard C. Weinblatt